AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Jose Carlos Velez Colon )
Plaintiff )
v. ) Civil Action No. 08-1407 SEC
Caribbean Produce Exchange, Inc. )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*

Caribbean Produce Exchange, Inc.
PO BOX 11990 Caparra HGHTS STA San Juan, PR
00922. 4th Street Bldg D Mercado Central,
Zona Portuaria, San Juan, PR 00922

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jose Carlos Velez Colon
PO Box 142574
Arecibo PR 00614

787-457-4434
jcvelezcolon@yahoo.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*