Velez-Colon v. Caribbean Produce Exchange, Inc.　　Doc. 2 Att. 3

 **United States District Court** *for the* **District of Puerto Rico**

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)
   Jose Carlos Velez Colon v. Caribbean Produce Exchange, Inc.

2. Category in which case belongs: (See Local Rules)

   __X__ ORDINARY CIVIL CASE
   _____ SOCIAL SECURITY
   _____ BANK CASE
   _____ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)
   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES   ☒ NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES   ☒ NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES   ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO. _____

ATTORNEY'S NAME: _____

MAILING ADDRESS: _____

_____ ZIP CODE _____

TELEPHONE NO. _____

dockets.Justia.com