UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## CURRENT ADDRESS NOTICE

PLEASE INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPONSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

NAME OF ATTORNEY: Jose Carlos Velez Colon, Pro Se

(Last Name, First Name, Initial)

OFFICE ADDRESS: PO Box 142574 Arecibo PR 00614
1 Ave Universidad Apto 1206 Rio Piedras, PR 00925

TELEPHONE NO. 787-457-4434     FAX NO. Not Available

MAILING ADDRESS: PO Box 142574 Arecibo, PR 00614

USDC NO.