UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ CARLOS VÉLEZ-COLÓN
    Plaintiff

        v.                                Civil No. 08-1607(SEC)

CARIBBEAN PRODUCE EXCHANGE, INC.
    Defendant

<u>O R D E R</u>

| MOTION | RULING |
|---|---|
| **Docket # 68 Motion to Strike and for Sanctions** | **DENIED.** |
| **Docket # 73 Informative Motion** | **NOTED.** |
| **Docket # 74 Motion to Strike** | **GRANTED.** Pursuant to the Federal Rules of Appellate Procedure and First Circuit's Local Rule 10, the record on appeal shall only include original papers and exhibits filed in the district court. Accordingly, all references made by Plaintiff which were not previously submitted and reviewed by this Court cannot be part of the record on appeal. As such, any reference in Docket # 73-2 to Plaintiff's third ethic complaint against Defendant's counsel must be withdrawn from the record on appeal. |

DATE: February 10, 2010.                        S/ *Salvador E. Casellas*
                                                                  SALVADOR E. CASELLAS
                                                                  U.S. Senior District Judge ORDER.